No. 24-5138

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 14, 2024
KELLY L. STEPHENS, Clerk

In re: CUMMINGS MANOOKIAN, PLLC, )
                                                        )
      Debtor. )
_____ )      O R D E R
BRIAN MANOOKIAN, )
                                                        )
      Appellant, )
                                                        )
v. )
                                                         )
JEANNE ANN BURTON, Trustee, )
                                                        )
      Appellee. )

Appellant Brian Manookian appeals a district court's order denying leave to appeal under 28 U.S.C. § 158(a) and dismissing as non-final Manookian's appeal of a bankruptcy court order denying his motion to recuse the bankruptcy judge. An initial review of the docket suggests an issue of appellate jurisdiction. *See* 28 U.S.C. § 158(a) (giving the district courts discretion to hear interlocutory appeals from the bankruptcy courts); *Taunt v. Vining (In re M.T.G., Inc.)*, 403 F.3d 410, 413 (6th Cir. 2005) ("The courts of appeals, however, only have jurisdiction to hear bankruptcy appeals when both the bankruptcy and district courts' orders are 'final.'" (quoting *Cottrell v. Schilling (In re Cottrell)*, 876 F.2d 540, 541 (6th Cir. 1989)).

It is therefore **ORDERED** that Manookian show cause within twenty-one (21) days of this order why his appeal should not be dismissed for lack of appellate jurisdiction. Following receipt of a response or the expiration of the response period, whichever occurs first, the remaining parties,

if they so choose, have ten (10) days in which to file a reply.  Thereafter, the issue of appellate jurisdiction will be referred to the court for disposition.

                                                ENTERED PURSUANT TO RULE 45(a)
                                                RULES OF THE SIXTH CIRCUIT

_Kelly L. Stephens_
Kelly L. Stephens, Clerk