## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 14, 2024

Mr. John Tate Spragens
Spragens Law
311 22nd Avenue, N.
Nashville, TN 37203

Mr. Phillip Gary Young Jr.
Thompson Burton
6100 Tower Circle
Suite 200
Franklin, TN 37067

Re: Case No. 24-5138, *In re: Brian Manookian v. Jeanne Burton*
Originating Case No. : 3:23-cv-00918 : 3:19-bk-07235

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending the resolution of appellate jurisdiction. The briefing schedule issued 03/05/2024 is cancelled. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027